1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:23-cv-01866-TLN-KJN

   IN RE:  STEVEN WAYNE BONILLA          No. 2:23-cv-01867-TLN-KJN
12

13                                                    No. 2:23-cv-01868-TLN-KJN

14                                                    No. 2:23-cv-01911-TLN-KJN

15                                                    No. 2:23-cv-01912-TLN-KJN

16                                                    No. 2:23-cv-01913-TLN-KJN

17                                                    No. 2:23-cv-01914-TLN-KJN

18                                                    **ORDER**

19

20

21        Plaintiff is a state prisoner proceeding without counsel in these civil actions.  On

22   November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2: 18-cv-2544-TLN-

23   KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

24   2: 18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed

25   by Plaintiff related to his Alameda County criminal conviction will be dismissed and closed.

26        Pursuant to the amended vexatious litigant order, the undersigned reviewed the

27   complaints/petitions filed in the cases listed in the caption above.  The Court finds that the

28   complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

1

1   Alameda County criminal conviction.

2        Accordingly, IT IS HEREBY ORDERED that Case Nos. 2:23-cv-01866, 2:23-cv-01867,

3   2:23-cv-01868, 2:23-cv-01911, 2:23-cv-01912, 2:23-cv-01913 and 2:23-cv-01914 be

4   DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be

5   accepted in any of the above-referenced cases.

6   Date:  September 27, 2023

7

8                       Troy L. Nunley

9                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2